LODGED
CLERK, U.S DISTRICT COURT

OCT 15 2004

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT

OCT 25 2004

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Francis E. Isaman | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV-04-8535 |
| v. | |
| City Of Los Angeles | **ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FILING FEE** |
| DEFENDANT(S). | |

IT IS ORDERED that the complaint may be filed without prepayment of the filing fee.

**Note**: This order does not authorize a plaintiff to proceed in *forma pauperis* nor does it authorize service of the complaint by the U.S. Marshal. Further proceedings in this matter are subject to the orders of the Judge to whom the case is assigned. The Judge may strike the complaint or may dismiss the action for failure to comply with the Federal Rules of Civil Procedure or the Local Rules of the District Court.

_____          _____
Date                             United States Magistrate Judge

========================================================================

**IT IS RECOMMENDED** that the application of plaintiff/petitioner to file the action without prepayment of the filing fee be **DENIED** for the following reason(s):

☐ Inadequate showing of indigency          ☑ District Court lacks jurisdiction
☐ Legally and/or factually patently frivolous     ☐ Immunity as to _____
☑ Other: _See Attachment_

Comments:

DOCKETED ON CM
OCT 28 2004
BY _____ 019

_October 18, 2004_                _____
Date                              United States Magistrate Judge

========================================================================

IT IS ORDERED that the application of plaintiff to file the action without prepayment of the filing fee is:
    ☐ GRANTED          ☑ DENIED (See note above).

_10/21/04_                        _____
Date                              United States District Judge

CV-73A (02/99)          ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FILING FEE

**ATTACHMENT**
<u>Francis E. Isaman and Virginia A. Isaman v.
City of Los Angeles and Zonis SMC Inc.</u>
CV 04-8535

    Each plaintiff must submit a separate declaration in support of a request to proceed in forma pauperis. Furthermore, the complaint does not appear to state a proper basis for federal court jurisdiction. Plaintiffs generally state that "this case has far-reaching public interest for the benefit of disabled persons as a function of the American Disability Act." Plaintiffs cite no federal statutes or facts to support a federal claim. The only statutes to which the complaint refers are state statutes under the California Government Code, which defendants allegedly violated.