Priority  X
Send      X
Enter     X
Closed
JS-5/JS-6 X
JS-2/JS-3
Scan Only





# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| FRANCIS E. ISAMAN, *et al.* | CV 04-08535 TJH (Ex) |
| Plaintiffs, | |
| v. | |
| CITY OF LOS ANGELES, *et al.*, | Order |
| Defendants. | |

The complaint does not contain a proper jurisdictional statement as required by Local Rule 8-1, therefore,

It is Ordered that this action be, and hereby is, Dismissed.

Date:   January 6, 2005

_____
Terry J. Hatter, Jr.
United States District Judge